1  JERRY S. BUSBY
   Nevada Bar #001107
2  COOPER LEVENSON APRIL
     NIEDELMAN & WAGENHEIM, P.A.
3  6060 Elton Avenue – Suite A
   Las Vegas, Nevada 89107
4  (702) 366-1125
   FAX: (702) 366-1857
5  jbusby@cooperlevenson.com

6  Attorneys for Defendant
   PRIMARY FINANCIAL SERVICES, LLC
7

8                  UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10 ALVIN FORTUNATO,                    CASE NO. 2:13-cv-01876-JAD-PAL

11         Plaintiff,

12 v.
                                       **DEFENDANT PRIMARY FINANCIAL
13 PRIMARY FINANCIAL SERVICES, LLC,    SERVICES, LLC'S CERTIFICATE AS TO
   and ENHANCED RECOVERY COMPANY,      INTERESTED PARTIES**
14 L.T. Rimbach, V.P., et al.          (Fed. R. Civ. P. 7.1, LR 7.1-1)

15         Defendants.

16

17     COMES NOW PRIMARY FINANCIAL SERVICES, LLC, Defendant in the above-styled

18 case, and by and through undersigned counsel, hereby submits its disclosures pursuant to FRCP 7.1

19 and LR 7.1-1, and states as follows:

20     The undersigned, counsel of record for Defendant PRIMARY FINANCIAL SERVICES,

21 LLC certifies that the following have an interest in the outcome of this case:

22     CBV U.S. Inc. is the parent company of PRIMARY FINANCIAL SERVICES, LLC;

23     Redline Recovery Services, LLC is an affiliated company to PRIMARY FINANCIAL, LLC;

24     and

25 / / /

26 / / /

27 / / /

28 / / /

CLAC 2342252.1

Pentagroup Financial, LLC is an affiliated company to PRIMARY FINANCIAL, LLC

Dated this 15th day of November, 2013.

COOPER LEVENSON APRIL<br>
NIEDELMAN & WAGENHEIM, P.A.<br>
<br>
By  /s/ Jerry S. Busby<br>
Jerry S. Busby<br>
Nevada Bar No. 001107<br>
6060 Elton Avenue – Suite A<br>
Las Vegas, Nevada  89107<br>
Attorneys for Defendant<br>
PRIMARY FINANCIAL SERVICES, LLC

CLAC 2342252.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. and that on this 15th day of November, 2013, I did cause a true copy of the foregoing **DEFENDANT PRIMARY FINANCIAL SERVICES, LLC'S CERTIFICATE AS TO INTERESTED PARTIES** (Fed. R. Civ. P. 7.1, LR 7.1-1) to be placed in the United States Mail, with first class postage prepaid thereon, and addressed as follows:

Alvin Fortunato
2712 Olivia Heights Avenue
Henderson, NV  89052
Plaintiff in Proper Person

By _____
An Employee of
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

CLAC 2342252.1